**Order entered March 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01613-CR

### MICHAEL DEE CAVE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F14-59553-H**

## ORDER

The Court **REINSTATES** the appeal.

On February 19, 2015, we ordered the trial court to determine whether appellant is entitled to court appointed counsel and, if so, to appoint counsel to represent him. We have received correspondence from the Katherine Drew of the Dallas County Public Defender's Office stating that the trial court has appointed her office to represent appellant. A copy of correspondence from the trial court to the Ms. Drew informing her of the appointment is attached.

Accordingly, we **DIRECT** the Clerk to add Katherine Drew as appellant's appointed attorney of record.

We **ORDER** the trial court to transmit to this Court, within **TEN DAYS** of the date of this order, the order appointing the Dallas County Public Defender's Office to represent appellant.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Robert Burns, Presiding Judge, Criminal District Court No. 1; Katherine Drew; and Lori Ordiway.

/s/     ADA BROWN
JUSTICE